# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD L. DANIELS,** | : |
| **Plaintiff,** | : |
| vs. | :  **CIVIL ACTION 05-0494-WS-M** |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | : |
| | : |
| **Defendant.** | : |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE** this 10th day of April, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE