## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **HAROLD L. DANIELS,** | : | |
| Plaintiff, | : | |
| vs. | : | |
| | | **CIVIL ACTION 05-0494-WS-M** |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of** | | |
| **Social Security,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Harold L. Daniels.

**DONE** this 10th day of April, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE